IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO: 2019-028165-CA-01 (11)

ALLAN LOPEZ,

    Plaintiff,

vs.

PATRICIA MARTENS and
XPO LOGISTICS FREIGHT, INC.,

    Defendants.

_____/

## COMPLAINT

Plaintiff, ALLAN LOPEZ (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, hereby sues the Defendants, PATRICIA MARTENS (hereinafter referred to as "MARTENS") and XPO LOGISTICS FREIGHT, INC. (hereinafter referred to as "XPO"), and alleges as follows in support thereof:

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000), exclusive of interest, attorneys fees and costs, and is otherwise within the jurisdictional limits of this Court.

2. At all times material hereto, the Plaintiff was and is a resident of the State of Florida.

3. At all times material hereto, MARTENS was and is a resident of the State of Florida.

4. At all times material hereto, XPO was and is a Foreign Profit Corporation authorized



A MEMBER OF GOLDBERG & DOHAN, L.L.P.
2020 PONCE DE LEON BLVD., SUITE 1006, CORAL GABLES, FL 33134
TEL: (305)536-3400   PRIMARY SERVICE E-MAIL: SERVICE@GODOLAW.COM



CASE NO: 2019-028165-CA-01 (11)

to do business in the State of Florida and maintains agents for conducting business in Miami-Dade County, Florida.

5. Venue is appropriate in this County because the motor vehicle collision occurred here and the Defendants reside in this County.

6. XPO was the owner of an automobile that was being operated by MARTENS in Miami-Dade County, Florida on or about September 19, 2017.

7. On or about September 19, 2017, MARTENS was operating the automobile owned, maintained, and/or controlled by XPO, with XPO'S knowledge, permission, and/or consent at the parking lot of 16927 N.W. 67th Ave in Hialeah, Florida.

8. At that time and place, MARTENS negligently operated or maintained the motor vehicle so that it collided with Plaintiff's motor vehicle.

9. XPO was vicariously and technically liable for the negligence of MARTENS related to the subject vehicle crash, due to the ownership of the automobile involved.

10. XPO was vicariously and technically liable for the negligence of MARTENS related to the subject vehicle crash, as her employer under the doctrine of Master/Servant.

11. As a result, Plaintiff suffered:

    a. Bodily Injury;

    b. Pain and Suffering;

    c. Disability;

    d. Physical Impairment;

    e. Disfigurement;



CASE NO: 2019-028165-CA-01 (11)

    f.    Mental Anguish;

    g.    Inconvenience;

    h.    Loss of Capacity for the Enjoyment of Life;

    i.    Aggravation of an Existing Disease or Physical Defect;

    j.    Activation of a Latent Disease or Physical Defect;

    k.    Expense of Hospitalization, Medical and Nursing care and treatment in the past;

    l.    Expense of Hospitalization, Medical and Nursing care and treatment to be so obtained in the future;

    m.    Earnings lost in the past; and

    n.    Loss of Ability to Earn Money in the Future.

All the losses are either permanent and/or continuing and Plaintiff is expected to suffer the losses in the future.

WHEREFORE, the Plaintiff, ALLAN LOPEZ, demands judgment against the Defendants, PATRICIA MARTENS and XPO LOGISTICS FREIGHT, INC., for compensatory damages in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00), costs and interest allowable by law.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues triable as a matter of right by a jury.

### NOTICE OF PROVIDING SERVICE E-MAIL ADDRESS

PLEASE TAKE NOTICE that the following e-mail address is to be used for mandatory electronic service pursuant to Florida's Rule of Judicial Administration Rule 2.516:



CASE NO: 2019-028165-CA-01 (11)

service@godolaw.com. <u>Do not service the persons at their Non-Service E-Mails listed below.</u>

Dated: <u>Sept 24, 2019</u>     .

By: <u>/s/ Russell A. Dohan</u>
RUSSELL A. DOHAN, ESQ., B.C.S.
Florida Bar No: 0008338
Personal Non-Service E-Mail: rdohan@godolaw.com
Paralegal Non-Service E-Mail: ccenteno@godolaw.com
Legal Asst Non-Service E-Mail: crodriguez@godolaw.com
HERNANDO V. PINERES, ESQ.
Florida Bar No: 0677000
Personal Non-Service E-Mail: hpineres@godolaw.com
DOHAN LAW GROUP, P.A.
*A Member of* GOLDBERG & DOHAN, L.L.P.
Attorneys for Plaintiff
2020 Ponce de Leon Blvd.
Suite 1006
Coral Gables, Florida 33134
Phone: (305) 536-3400
Primary Service E-Mail: service@godolaw.com

Dohan Law

-4-
A MEMBER OF GOLDBERG & DOHAN, L.L.P.
2020 PONCE DE LEON BLVD., SUITE 1006, CORAL GABLES, FL 33134
TEL: (305)536-3400    PRIMARY SERVICE E-MAIL: SERVICE@GODOLAW.COM