IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO:

ALLAN LOPEZ,

    Plaintiff,

vs.

PATRICIA MARTENS and
XPO LOGISTICS FREIGHT, INC.,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF SERVING
## FIRST SET OF INTERROGATORIES TO DEFENDANT

Plaintiff, by and through undersigned counsel, and pursuant to Fla.R.Civ.P. 1.340, hereby files notice that certain Interrogatories, numbered 1 through 24 were propounded upon Defendants, PATRICIA MARTENS and XPO LOGISTICS FREIGHT, INC., to be answered in writing, under oath, within forty-five (45) days from date of service of the Summons and Complaint.

By: /s/ Russell A. Dohan
RUSSELL A. DOHAN, ESQ., B.C.S.
Florida Bar No: 0008338
DOHAN LAW GROUP, P.A.
*A Member of* GOLDBERG & DOHAN, L.L.P.
Attorneys for Plaintiff
2020 Ponce de Leon Blvd.
Suite 1006
Coral Gables, Florida 33134
Phone: (305) 536-3400
Primary Service E-Mail: service@godolaw.com



A MEMBER OF GOLDBERG & DOHAN, L.L.P.
2020 PONCE DE LEON BLVD., SUITE 1006, CORAL GABLES, FL 33134
TEL: (305)536-3400   PRIMARY SERVICE E-MAIL: SERVICE@GODOLAW.COM



EXHIBIT 3